Randolph S. Hicks, Esq. - SBN 83627
Sarvenaz J. Fahimi, Esq. - SBN 226148
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Tel. (650) 592-5400
Fax.(650) 592-5027
RHicks@chdlawyers.com

**ATTORNEYS FOR** Plaintiff
Lexington Insurance Company

THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN CRANE BUREAU GROUP, INC. NORTH AMERICAN CRANE BUREAU, INC., NACB ENVIRONMENTAL HEALTH & SAFETY SERVICES, INC., HENELI SAAFI, AKATA SAAFI, BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC.,<br><br>Defendants.<br>_____ / | No. C 10-00395 JL<br><br>REQUEST OF LEXINGTON INSURANCE COMPANY FOR ORDER CHANGING TIME PURSUANT TO L.R. 6-2 AND 7-12 |

WHEREAS plaintiff Lexington Insurance Company (hereinafter "Lexington") filed its original Complaint in this case on January 27, 2010.

WHEREAS Lexington thereafter promptly informed defendants of the filing of the Complaint and requested that defendants' counsel accept service of the Complaint.

WHEREAS Lexington learned after filing the Complaint and before serving the Complaint, that one of the plaintiffs in the underlying litigation and a named defendant in the instant declaratory relief action, had reached a settlement with the defendants in the underlying litigation and Lexington's insureds. The settlement was only recently finalized.

/ / /

---

Request of Lexington Insurance Company for Order
Changing Time Pursuant to L.R. 6-2 and 7-12
Case No. C 10-00395 JL

1  WHEREAS after filing the Complaint for declaratory relief and prior to serving the Complaint, Lexington was informed that the remaining plaintiff in the underlying litigation, BAE Systems, and defendant herein, filed a motion for leave to file a First Amended Complaint. The motion was set for hearing on April 6, 2010 and was only recently granted by the Court. The Amended Complaint is in the process of being served and a response to that Amended Complaint will be filed by the remaining defendants in the underlying litigation. The Amended Complaint adds allegations that are material and relevant to the coverage issues herein.

WHEREAS the amendment of the underlying Complaint and settlement of certain claims in the underlying action directly impact Lexington's coverage action and require Lexington to amend its Complaint. Lexington, therefore, seeks leave of this Court to continue certain dates based upon its need to file an Amended Complaint.

WHEREAS no prior time modifications have been requested by Lexington or granted by the Court. The requested time modifications would not unfairly prejudice any parties or cause a grave delay in the schedule of this case.

WHEREAS it is in the interests of judicial economy to allow Lexington to serve its Amended Complaint under Federal Rule of Civil Procedure 15(a) and continue dates based upon such amendment allowed once by course. Lexington will file and serve its Amended Complaint on or before April 22, 2010.

Lexington respectfully moves the Court, unilaterally, as no other party has been served, pursuant to Local Rules 6-2 and 7-12, for an order extending the time for the following:

> The last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR certification; file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference from current date of April 14, 2010 to **June 7, 2010.**

> The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement from current date of April 28, 2010 to **June 17, 2010**

///

///

///

**CODDINGTON, HICKS & DANFORTH**
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

2

Request of Lexington Insurance Company for Order
Changing Time Pursuant to L.R. 6-2 and 7-12
Case No. C 10-00395 JL

1  Initial Case Management Conference from current date of May 5, 2010 to
2  **June 23, 2010,** ~~or another date available~~ with the Court following the schedule of events.

3

4  Respectfully submitted,

Dated: April 14, 2010   CODDINGTON, HICKS & DANFORTH

5

6

7  By: ___/ s /_____
    Sarvenaz J. Fahimi
    Attorneys for Plaintiff
8   Lexington Insurance Company

9

10

11 PURSUANT TO REQUEST, IT IS SO ORDERED.

12 Dated:_April 15, 2010_____     _____
                                   Magistrate Judge James Larson
13

**CODDINGTON, HICKS & DANFORTH**
**A Professional Corp., Lawyers**
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

Request of Lexington Insurance Company for Order
Changing Time Pursuant to L.R. 6-2 and 7-12
Case No. C 10-00395 JL

3