1  Randolph S. Hicks, Esq. - SBN 83627
   David W. Wessel, Esq. - SBN 115222
2  **CODDINGTON, HICKS & DANFORTH**
   **A Professional Corporation, Lawyers**
3  555 Twin Dolphin Drive, Suite 300
   Redwood City, California 94065-2133
4  Tel. (650) 592-5400
   Fax.(650) 592-5027
5  Rhicks@chdlawyers.com
   Dwessel@chdlawyers.com
6

7  **ATTORNEYS FOR** Plaintiff
   Lexington Insurance Company
8

9
       THE UNITED STATES DISTRICT COURT FOR THE
10
       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
11

12 | LEXINGTON INSURANCE COMPANY | No. C 10-00395 JL

13 |                Plaintiff,    | STIPULATION TO CONTINUANCE
                                    OF CASE MANAGEMENT
14 | vs.                          | CONFERENCE AND ~~PROPOSED~~ ORDER

15 | NORTH AMERICAN CRANE BUREAU
     GROUP, INC., NORTH AMERICAN
16 | CRANE BUREAU, INC., NACB
     ENVIRONMENTAL HEALTH &
17 | SAFETY SERVICES, INC., and BAE
     SYSTEMS SAN FRANCISCO SHIP
18 | REPAIR, INC.,

19 |                Defendants.
                                  /
20

21     The parties of record, plaintiff Lexington Insurance Company, by its attorney, David W.
22 Wessel of Coddington, Hicks & Danforth, and defendant BAE Systems San Francisco Ship Repair,
23 Inc. ("BAE"), by its counsel, Richard P. Edwards of Edwards & Hunter, hereby stipulate and
24 respectfully submit to the Court that the Case Management Conference presently set on July 2, 2010,
25 should be rescheduled for 8:30 a.m. on **August 13, 2010**, in Courtroom 8 of the United States
26 District Court for the Northern District of California, located at 450 Golden Gate Avenue, San
27 Francisco, California for the following reasons:
28 ////

---
Stipulation to Continuance of Case
Management Conference and Proposed Order
Case No. C 10-00395 JL

1. David Wessel, Lexington's counsel, has been in contact with attorney William "Randy" Morton of Oakland, California, who has advised Mr. Wessel that he has been contacted by defendants North American Crane Bureau Group, Inc., Northern American Crane Bureau, Inc., and NACB Environmental Health & Safety Services, Inc. ("the NACB defendants"), who have asked him to represent them in this action; Mr. Morton has advised that he has consented to represent the NACB defendants, but he does not yet have a written attorney-client agreement;

2. Mr. Morton has also advised that he has not yet seen Lexington's First Amended Complaint, or the insurance policy at issue in this insurance coverage action;

3. Mr. Morton said he expects to be able to file an appearance on behalf of the NACB defendants on or before July 23, 2010; and

4. As a consequence, counsel for Lexington and BAE obviously have not been able to confer with defendants NACB as required by Federal Rule of Civil Procedure 26 and by this Court's Standing Order on the contents of Joint Case Management Statement, or about an alternative dispute resolution process.

Lexington and BAE stipulate and respectfully submit that the Court should require that the Joint Case Management Conference Statement, the parties' Rule 26(f) Report, the ADR Certification, and the Stipulation to ADR Process or Notice of Need for ADR Phone Conference be filed with the Court not less than seven days before the new date of the Initial Case Management Conference.

Dated: June 23, 2010  CODDINGTON, HICKS & DANFORTH

By: /s/
David W. Wessel
Attorneys for Plaintiff
Lexington Insurance Company

Dated: June 23, 2010  EDWARDS & HUNTER

By: /s/
Richard P. Edwards
Attorneys for Defendant
BAE Systems San Francisco Ship Repair, Inc.

CODDINGTON, HICKS & DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

Stipulation to Continuance of Case Management Conference and Proposed Order
Case No. C 10-00395 JL

2

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature(s) within this e-file document.

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Case Management Conference presently scheduled for July 2, 2010, is rescheduled for 8:30 a.m. on **August 20, 2010**, in Courtroom 8 of the United States District Court for the Northern District of California located at 450 Golden Gate Avenue, San Francisco, California. The parties' Joint Case Management Conference Statement, Federal Rule of Civil Procedure Rule 26(f) Report, ADR Certification, and Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall all be filed no less than seven days before the date of the Case Management Conference.

Dated:   June 23, 2010

The Honorable Charles R. Breyer
Judge, United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

Stipulation to Continuance of Case
Management Conference and Proposed Order
Case No.  C 10-00395 JL

3