William R. Morton (CSB 43000)
Larry E. Lulofs (CSB 88804)
MORTON, LULOFS & WOOD, LLP
180 Grand Avenue, Suite 1500
Oakland, California 94612-3741
Telephone: 510.444.5521
Facsimile: 510.444.8263

Attorneys for Defendants NORTH AMERICAN CRANE BUREAU GROUP, INC., NORTH AMERICAN CRANE BUREAU, INC., NACB ENVIRONMENTAL HEALTH & SAFETY SERVICES, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN CRANE BUREAU GROUP, INC., NORTH AMERICAN CRANE BUREAU, INC., NACB ENVIRONMENTAL HEALTH & SAFETY SERVICES, INC., AND BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC.,<br><br>    Defendants.<br><br>NORTH AMERICAN CRANE BUREAU GROUP, INC., NORTH AMERICAN CRANE BUREAU, INC., NACB ENVIRONMENTAL HEALTH & SAFETY SERVICES, INC.,<br><br>    Counterclaimants,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY<br><br>    Counterclaim defendant. | Case No.: C 10-00395 CRB<br><br>**STIPULATION TO PERMIT FILING OF COUNTERCLAIM** |

Plaintiff LEXINGTON INSURANCE COMPANY, AND DEFENDANTS BAE SAN FRANCISCO SHIP REPAIR SYSTEMS, INC., NORTH AMERICAN CRANE BUREAU GROUP, INC., NORTH AMERICAN CRANE

BUREAU, INC., AND ENVIRONMENTAL HEALTH & SAFETY SERVICES, INC. hereby stipulate as follows:

That Defendants NORTH AMERICAN CRANE BUREAU GROUP, INC., NORTH AMERICAN CRANE BUREAU, INC., AND ENVIRONMENTAL HEALTH & SAFETY SERVICES, INC. may file their Counterclaim in this action. A copy of the Counterclaim is attached to this stipulation. Lexington Insurance Company shall have twenty days from the date of service on its attorneys of the Counterclaim to file its responsive pleading.

It is so stipulated.

Dated: 10/22/2010  By: /s/ Larry E. Lulofs
Larry E. Lulofs, Esq.
MORTON, LULOFS & WOOD
Attorneys for Defendants NORTH AMERICAN CRANE BUREAU GROUP, INC., NORTH AMERICAN CRANE BUREAU, INC., NACB ENVIRONMENTAL

Dated: 10/18/2010  By: /s/ Randolph Hicks
Randolph Hicks, Esq.
CODDINGTON, HICKS & DANFORTH
Attorneys for Plaintiff
LEXINGTON INSURANCE COMPANY

Dated: 10/18/2010  By: /s/ Richard Edwards
Richard Edwards, Esq.
EDWARDS & HUNTER
Attorney for Defendant
BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC.

SO ORDERED:

The Honorable
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: Oct. 26, 2010

[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California]

2

Stipulation to Permit Filing of Counterclaim